IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| GENE COGGINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 3:06cv687-WHA |
| | ) | |
| GLORIA SINCLAIR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This case is hereby referred to Magistrate Judge Delores R. Boyd for action or recommendation on all pretrial matters.

DONE this 14th day of August, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE