# IN THE UNITED STATES DISTRICT COURT
# AT: MONTGOMERY, ALABAMA

2006 SEP -5 A 9: 42

GENE COGGINS
242 HIGH TOP CR.
JACKSON'S GAP, AL 36861
    Plaintiff

v: Gloria Sinclair, et al. Civil Action No: 3:06 cv687 - WHA
MRS ROBIN JACOB
0/0 203 COOK STREET
AUBURN, AL 36830
    Defendant

# MOTION FOR CORRECTION OF SPELLING AND ZIP CODE

**COMES NOW;** THE PLAINTIFF WITH THIS MOTION FOR CORRECTION OF SPELLING AND ZIP CODE. THE PAPER WORK I RECEIVED FROM MY ATTORNEY HAD ROBIN LAST NAME SPELLED JACKORS, THIS WAS SPELLED IN THE COMPLAINT THAT I RECEIVED FROM HER ATTORNEY AS **ROBIN JACOB,** AND THIS IS WHAT I USED IN FILLING MY CORRECTED COMPLAINT.

  THE FIRST ZIP CODE WAS GIVEN AS 36860, THE CORRECTED ZIP CODE IS 36830...

_Gene Coggins_
GENE COGGINS

# CERTIFICATE OF SERVICE

    I HEREBY CERTIFY THAT UPON THIS DATE I HAVE PLACED IN THE UNITED STATES MAIL WITH PROPER POSTAGE AND SENT TO LAST KNOWN ADDRESS OF DEFENDANTS A COPY OF THIS FOREGOING ACTION, OR COUNSEL OF RECORDS, AND IN COMPLIANCE WITH RULE 30 (G) A. R. C. P. OF COURT..

DONE THIS __01__ DAY OF __SEPTEMBER__, 2006..


_/s/ Gene Coggins_
GENE COGGINS
242 HIGH TOP CR.
JACKSON'S GAP, AL 36861

cc:
GEORGE BLAKE III
203 COOK ST.
AUBURN, AL 36830