**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: C/o George Blake
Mrs. Robin Jackers
c/o 203 Cook Street
Auburn, Al. 36830
3:06 CV 687-WHA

2. Article Number (Transfer from service label): 7005 1820 0006 8027 2329

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name): Jennifer R Smith
C. Date of Delivery: 9-5

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3:06 CV 687-WHA

3. Service Type
☑ Certified Mail     ☐ Express Mail
☐ Registered         ☑ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-154