IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| GENE COGGINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:06-CV-00687-WHA-DRB |
| | ) | |
| GLORIA SINCLAIR, Probate Judge, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### **ORDER**

On September 15, 2006, the *pro se* Plaintiff filed a *Motion to Dismiss Defendants Motion to Dismiss and Motion for More Definite Statement* (Doc. 13); this submission makes it appropriate for the court to instruct Plaintiff as follows:

1. By order entered September 12, 2006, the court granted Defendants' *Motion for More Definite Statement* to the extent that the court set a September 29, 2006 deadline for *pro se* Plaintiff to file an amended complaint which states a federal cause of action. The court also stayed any consideration on Defendants' *Motion to Dismiss* until review of any timely filed amended complaint.

2. Plaintiff now urges this court "to dismiss Defendants Motion to Dismiss and Motion for Definite Statement", based in primary part on his erroneous belief that Defendants' filing of a dispositive motion in lieu of an answer entitles him to judgment by default. Notwithstanding the caption, Plaintiff's "motion to dismiss", in its entirety, can be construed properly and considered as nothing more than arguments in opposition to

Defendants' dismissal motion.

Accordingly, it is

**ORDERED** that the *Order* filed September 12, 2006 (Doc. 12) is hereby reaffirmed in all respects and, pursuant thereto, Plaintiff is directed to file by September 29, 2006, "an amended complaint which states a federal cause of action." Absent any such filing, the court will proceed to reactivate Defendants' dismissal motion and to make such recommendations or order such proceedings thereon as may be appropriate.

Done this 22nd day of September, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE