IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| GENE COGGINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 3:06cv687-WHA |
| | ) | |
| GLORIA SINCLAIR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This case is before the court on the Motion to Remove the Appointed Magistrate Judge, Delores R. Boyd, From Any Part of This Case (Doc. #15).

The motion states no legal basis for the removal of the Magistrate Judge, and it is hereby

ORDERED that the motion is DENIED.

DONE this 25th day of September, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE