IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GENE COGGGINS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:06-cv-00687-WHA-DRB |
| | ) |
| PROBATE JUDGE GLORIA SINCLAIR, et al. | ) |
| | ) |
|     Defendants. | ) |

**DEFENDANTS' MOTION TO REACTIVATE
MOTION TO DISMISS**

COME NOW Probate Judge Gloria Sinclair and Tallapoosa County, Defendants in the above-styled cause, and move to dismiss the Plaintiff's Complaint under Rule 12, Fed.R.Civ.P.

**Grounds**

1. In August 4, 2006, Plaintiff filed his Complaint in this case.

2. On August 29, 2006, Defendants filed a Motion to Dismiss and a Motion for More Definite Statement, claiming as one of the grounds thereof, that Plaintiff's Complaint had not even attempted to state a federal cause of action or assert any diversity of parties that would confer jurisdiction on this Honorable Court to review his Complaint.

3. On September 12, 2006, this Honorable Court stayed the Defendants' Motion to Dismiss and advised Plaintiff to file an Amended Complaint by September 29, 2006 to cure the jurisdictional defects of the Complaint.

4. In that Order, the Magistrate Judge summarized for Plaintiff the jurisdictional defects in his Complaint that he needed to correct by amendment.

5. On September 15, 2006, Plaintiff filed what this Court termed an Opposition to Defendants' Motion to Dismiss but which Plaintiff titled "Motion to Dismiss Defendants Motion to Dismiss and Motion for More Definite Statement" and which merely restated the defective jurisdictional bases for the original Complaint filed by Plaintiff.

6. On September 21, 2006, Plaintiff filed what he entitled "Defendants Motion for Amended Complaint," in which he restates his original Complaint, without attempting to cure any of the defects that this Court pointed out in its September 12, 2006 Directive to Plaintiff.

7. On September 22, 2006, this Honorable Court directed the Plaintiff to file by September 29, 2006 "an amended complaint which states a federal cause of action."

8. As of September 29, 2006, the Plaintiff had not amended his Complaint as ordered by this Honorable Court.

9. In fact, the only action taken by Plaintiff as of September 29, 2006 with respect to this Court's September 12th Directive and 22nd Order, was to move to have the Magistrate Judge removed from the case for directing Plaintiff to file a complaint stating a federal cause of action.

10. In her September 22, 2006 Order, the Magistrate Court Judge warned the Plaintiff that if he did not properly amend his complaint, he risked the reactivation of Defendants' Motion to Dismiss.

11. As of the date of filing of this Motion to Reactivate Defendants' Motion to Dismiss, the Plaintiff has not complied with either this Honorable Court's September 12th Directive or its September 22nd Order.

WHEREFORE, on the same grounds as stated in their original Motion to Dismiss, Defendants request that the Magistrate Judge reactivate Defendants' Motion to Dismiss and grant the same with prejudice.

Respectfully submitted this 10th day of October, 2006.

**s/Winthrop E. Johnson**
WINTHROP E. JOHNSON, Bar Number: JOH086
Attorney for Defendants
WEBB & ELEY, P.C.
7475 Halcyon Pointe Drive (36117)
Post Office Box 240909
Montgomery, Alabama  36124
Telephone:  (334) 262-1850
Fax:  (334) 262-1889
E-mail:  wjohnson@webbeley.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on this the 10th day of October, 2006, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

    Gene Coggins
    242 High Top Cr.
    Jackson's Gap, AL  36861

        **s/Winthrop E. Johnson**
        OF COUNSEL