# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT, EASTERN DIVISION AT: MONTGOMERY, ALABAMA

RECEIVED
2006 OCT 11 A 9:26
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**GENE COGGINS**
**242 HIGH TOP CR.**
**JACKSON'S GAP, AL 36861**
          **Plaintiff**

V:                                                              CIVIL ACTION 3; 06 CV 687 - WHA

GLORIA SINCLAIR
PROBATE JUDGE
125 N. BROADNAX ST.
DADEVILLE, AL 36853

## MOTION FOR A PERMANENT RESTRAINING ORDER

CONES NOW, THE PLAINTIFF REQUIRING A MOTION FOR A PERMANENT RESTRAINING ORDER ISSUED AGAINST MIKE COGGINS, AT: 11389 HWY. 280, JACKSON'S GAP, AL 36861, FOR THE FOLLOWING GROUNDS;

1.   DAMAGE DONE TO THE PROPERTY INVOLVED IN FLOSSIE COGGINS WILL.

2.   ITEMS REMOVED FROM PROPERTY THAT DOES NOT BELONG TO HIM

3.   CONSTANT HARASSMENT CAUSED BY HIM

4.   DAMAGE CAUSED TO PROPERTY AND ITEMS STOLEN, AMOUNT TO OVER $275,000.00 AND CONTINUES TO RISE.

ANY ITEM BELONGING TO MIKE COGGINS LEFT ON PROPERTY, TEN (10) DAYS FROM THIS NOTICE, WILL BE REMOVED, SOLD AND APPLIED TO THE AMOUNT GIVEN ABOVE. ANY ADDITIONAL COST OR DAMAGES WILL BE THE

RESPONSIBILITY OF THE PROBATE JUDGE..

IF NO ACTION IS PLACED WITH THIS MOTION, A SUPERSEDEAS BOND IS REQUIRED AGAINST THE PROBATE JUDGE THREE TIMES THE AMOUNT GIVEN ABOVE ($275,000.00) EQUALS TO A TOTAL OF $825,000.00, SUBJECT TO BE INCREASED WITH ANY FURTHER DAMAGES OR ITEMS REMOVED FROM PROPERTY INVOLVED IN THIS CASE.

THEREFORE, MY REQUEST FOR THIS PERMANENT RESTRAINING ORDER BE GRANTED.

*Gene Coggins*
GENE COGGINS
242 HIGH TOP CR.
JACKSON'S GAP, AL 36863


cc:

Winthrop E. Johnson Att:
7475 Halcyon Pointe Dr.(36117)
Post Office Box 240909
Montgomery, al 36124

Mike Coggins
11389 Hwy. 280
Jackson's Gap, Al 36861

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT UPON THIS DATE I HAVE PLACED IN THE UNITED STATES MAIL, WITH PROPER POSTAGE AND SENT TO THE LAST KNOWN ADDRESS OF THE ONES INVOLVED IN THIS CASE, A COPY OF THIS ANSWER IN THIS FOREGOING ACTION, OR COUNSEL OF RECORDS, AND IN COMPLIANCE WITH RULE 30 (G) A. R. C. P. OF COURT..


DONE THIS __09____ DAY OF OCTOBER. 2006..


*Gene Coggins*
GENE COGGINS
1436 COUNTY ROAD #299
LANETT, AL 36863

Cc:
MIKE COGGINS
11389 HWY 280
JACKSON'S GAP, AL 36861

Winthrop E. Johnson Att:
7475 Halcyon Pointe Dr.
Post Office Box 240909
Montgomery, Al  36124