IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| GENE COGGINS, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:06-CV-00687-WHA |
| | ) | [WO] |
| GLORIA SINCLAIR, Probate Judge, *et al.*, | ) | |
| | ) | |
|     Defendants. | ) | |

## ORDER ON MOTIONS

For the good cause following review of the pending motions in his action, it is **ORDERED** as follows:

1. The *Motion to Reactivate Motion to Dismiss* filed on October 10, 2006, by Defendants Tallapoosa County and Tallapoosa County Probate Judge Gloria Sinclair (Doc. 18) is **GRANTED** to the extent of the request for reactivation of these defendants' previously stayed motion to dismiss (Doc. 3).

2. Plaintiff's *Motion for Correction of Spelling and Zip Code* (Doc. 6) is **GRANTED** to the extent of its request to state correctly the name – Robin Jacob – and the zip code in Auburn, Alabama, for the defendant named in his original complaint as Robin Jackors.

3. The Clerk is further DIRECTED to "terminate" Plaintiff's pleading docketed as a Motion to Dismiss on September 15, 2006 (Doc. 13), and to docket it instead as *"Plaintiff's Opposition to Defendants' Motion to Dismiss.* This re-docketing is ordered pursuant to (a) the *Doc. 12 Order* granting Defendants' *Motion for More Definite Statement, and* (b) the *Doc. 14 Order* advising that the pleading by Plaintiff, notwithstanding its caption as a dismissal motion, "can be construed properly and

considered as nothing more than arguments in opposition to Defendants' dismissal motion."

4. Filed herewith is the Magistrate Judge's Recommendation that the only other pending motion in this action, Defendants' dismissal motion (Doc. 3), be granted and this action dismissed in its entirety.

Done this 16th day of October, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE