# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT, EASTERN DIVISION AT: MONTGOMERY, ALABAMA

**GENE COGGINS**
**242 HIGH TOP CR.**
**JACKSON'S GAP, AL 36861**
      **Plaintiff**

V:                                                                    <u>CIVIL ACTION 3: 06 CV 687 - WHA</u>

**GLORIA SINCLAIR**
**PROBATE JUDGE**
**125 N. BROADNAX ST.**
**DADEVILLE, AL 36853**
      **Defendant**

## MOTION OBJECTION TO RECOMMENDATIONS MADE BY MAGISTRATE JUDGE

COMES NOW, THE PLAINTIFF WITH THIS MOTION OBJECTION TO RECOMMENDATIONS MADE BY MAGISTRATE JUDGE, "THE PLAINTIFF CLAIM DOES NOT RISE UNDER FEDERAL LAWS OR THE UNITED STATES CONSTITUTION, AND THIS COURT IS POWERLESS TO COMPEL THE COMPLETION OF THE PROBATE PROCESS BY STATE COURT OFFICIALS".. THIS KIND OF STATEMENTS MAKES ANYONE WONDER IF ANY JUSTICE EXIST IN ANY COURT IN THIS COUNTRY. I HAVE GIVEN THE LAWS GOVERNING JURISDICTION FOR FEDERAL COURT AND MY CONSTITUTIONAL RIGHTS THAT HAVE BEEN VIOLATED SHOWING JUST CAUSE OF ACTION, FRAUDULENT CONVEYANCE, DENYING MY CONSTITUTIONAL

RIGHT FOR A SPEEDY TRIAL, AND DENYING MY DUE PROCESS OF LAW. GIVING CASES TO SUPPORT THIS, IS FOUND IN MY MOTION FOR AMENDED COMPLAINT ON PAGE NO 2.. THESE RIGHTS ARE GUARANTEED TO EVERY CITIZEN BY THE CONSTITUTION OF THE UNITED STATES.

RULES REQUIRING FEDERAL JURISDICTIONS ARE;

1. **A CONSTITUTIONAL VIOLATION,**
2. **A CIVIL RIGHT VIOLATION**
3. **DENYING DUE PROCESS OF LAW**
4. **THE AMOUNT OF MONEY INVOLVED OVER $50,000.00....**

THIS REQUIREMENTS ARE FOUND IN "BLACKS LAW DICTIONARY FIFTH EDITIONS". WHEN ANY ONE OF THESE LISTED ABOVE APPLY TO ANY CITIZEN, THEY HAVE THE LEGAL RIGHT AS GUARANTEED BY THE UNITED STATES CONSTITUTION TO PLACE THIS ACTION AGAINST ANY ONE THAT ATTEMPTS, TO OR VIOLATES ANY OF THE GIVEN RIGHTS.

YOU HAVE FAILED TO REMEMBER IN YOUR OATH OF OFFICE TO UP-HOLD THE CONSTITUTION OF THE UNITED STATES AND ALL FEDERAL LAWS.. ALL THE LAWS GIVEN ARE FOR THE PROTECTION OF EVERY CITIZEN. IN YOUR STATEMENT AT THE TOP OF PAGE NO 6. " THE CLAIM DOES NOT RISE UNDER FEDERAL LAWS OR THE UNITED STATES CONSTITUTION". HERE YOU TELLING ME THAT THE FEDERAL LAWS AND CONSTITUTION DOES NOT APPLY TO ME. I HATE TO BE THE ONE TO INFORM YOU THAT, YOUR JOB CONSIST OF INTERPITING THE LAWS NOT MAKING THEM, BUT APPLYING THEM TO EQUAL

JUSTICE FOR ALL CITIZENS. THE FEDERAL COURT HAS POWER AND AUTHORITY OVER ALL STATE COURTS AND STATE WORKERS, GOVERNMENT OFFICIALS, AND INDIVIDUALS LIVING IN THE UNITED STATES OF AMERICA. THIS CASE IS NOT BASED ON PROPER PROCESS BY THE STATE COURTS, FOR AS GIVEN MANY TIMES THIS IS BASED ONLY ON THE CONSTITUTIONAL RIGHT, DUE PROCESS AND FEDERAL LAWS GOVERNING THIS PROCESS THAT HAS DENIED MY CONSTITUTION RIGHTS.

ON PAGE 5-6 YOU STATED; "THE SCARCE JUDICIAL RESOURCE OF THIS FEDERAL COURT SHOULD NOT BE SQUANDERED ON ANY PROTRACTED ANALYSIS. THE <u>ONLY CLAIM COGGINS ATTEMPTS TO STATE ARISES FROM DELAYS IN, OR REFUSAL TO COMPLETE, THE PROBATE OF HIS MOTHERS WILL IN TALLAPOOSA COUNTY</u>" .. IT IS VERY BAD FOR A PERSON TO BE PLACED IN YOUR POSITION, TO SEE THE STALLING METHODS USED AND NOT SEE ANY FORMS OR ACTS AGAINST MY CONSTITUTIONAL RIGHTS EVEN AFTER BRING THEM UP TWICE IN MY COMPLAINTS. YOU HAVE ALREADY DESTROYED MY DUE PROCESS IN THIS CASE, BY ELIMINATING FOUR OF THE DEFENDANTS, AND NOT ABIDING BY THE FEDERAL RULES OF CIV. PRO. GOVERNING DUE PROCESS OF THE USE OF THE APPENDEX SYSTEM, AS SO GIVEN IN FEDERAL RULE 34 (A) & APP. P 30. WHAT YOU DESCRIBED AS THE ONLY CLAIM COGGINS ATTEMPTS TO STATE IN YOUR OPINION IS NOT INCLUDED IN PAGE NO. 2 ON MY AMENDED COMPLAINT, OR THE ORIGINAL COMPLAINT.

THEREFORE, AFTER PROVIDING YOU WITH A LEGAL CAUSE OF ACTION,

**03.**

FOR FRAUDULENT CONVEYANCE, DENYING MY CONSTITUTIONAL RIGHT FOR A SPEEDY TRIAL, DENIED MY DUE PROCESS OF LAW, AUTHORITY, FACTS OF THE CASE, REQUIRED LEGAL JURISDICTION, AND THE REQUIRED JUDGMENT, THE ONLY JUST DECISION TO SETTLE THIS WITHOUT FUTHER CAUSE, MUST FAVOR THE PLAINTIFF. FOR THERE HAS BEEN ENOUGH EVIDENCE PRESENTED WITHOUT ANY MORE WASTED TIME TO SETTLE THIS CASE.

GENE COGGINS
242 HIGH TOP CR.
JACKSON'S GAP, AL 36863

cc:
Winthrop E. Johnson Att:
7475 Halcyon Pointe Dr.(36117)
Post Office Box 240909
Montgomery, al 36124

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT UPON THIS DATE I HAVE PLACED IN THE UNITED STATES MAIL, WITH PROPER POSTAGE AND SENT TO THE LAST KNOWN ADDRESS OF THE ONES INVOLVED IN THIS CASE, A COPY OF THIS ANSWER IN THIS FOREGOING ACTION, OR COUNSEL OF RECORDS, AND IN COMPLIANCE WITH RULE 30 (G) A. R. C. P. OF COURT..

DONE THIS __25__ DAY OF OCTOBER. 2006..

*[signature]*
GENE COGGINS
1436 COUNTY ROAD #299
LANETT, AL 36863

Cc:
U.S. DIST. COURT MIDDLE DIV.
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, AL 36101 - 0711


WINTHROP E. JOHNSON ATT:
7475 HALCYON POINTE DR.
POST OFFICE BOX 240909
MONTGOMERY, AL 36124