IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GENE COGGINS, | ) |
| Plaintiff, | ) ) ) ) |
| vs. | ) CIVIL ACTION NO. 3:06cv687-WHA ) |
| GLORIA SINCLAIR, Probate Judge, et al., | ) ) |
| Defendants. | ) |

## ORDER

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #21) and Plaintiff's objection (Doc. #22). Following an independent evaluation and *de novo* review of this case, the court finds the objection to be without merit, and it is hereby overruled. The court adopts the Recommendation of the Magistrate Judge, and it is hereby ORDERED as follows:

1. This case is DISMISSED against all Defendants for lack of subject matter jurisdiction.

2. Any outstanding motions are DENIED as moot.

3. Final Judgment will be entered accordingly.

DONE this 6th day of November, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE