# IN THE UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

RECEIVED

2006 NOV 17 A 9: 44

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN REF: CIVIL ACTION NO. __3:06 CV 687 - WHA__ FROM UNITED STATES DISTRICT COURT.

GENE COGGINS
    Appellant

TALLAPOOSA COUNTY AND
GLORIA SINCLAIR
PROBATE JUDGE, et al..
    Appellees

## MOTION FOR PERMISSION TO APPEAL IN THE COURT OF APPEALS

**COMES NOW**, GENE COGGINS THE APPELLANT, WITH THIS MOTION FOR PERMISSION TO APPEAL, IN ACCORDANCE TO Fed. R. App. 5, 28 U.S.C. s/s1292 (b). 28 U.S.C. s/s1291, and Fed. R. Civ. P. 54 (b), Pitney Bowes, Inc. V: Mestre, 701 F. 2d I 365, I 368 (11th. Cir. I 983).

*/s/ Gene Coggins*
Gene Coggins
242 High Top Cr.
Jackson's Gap, Al 36861
(334) 576 - 3263

Case 3:06-cv-00687-WHA-DRB   Document 25   Filed 11/17/2006   Page 2 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GENE COGGINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 3:06cv687-WHA |
| | ) |
| GLORIA SINCLAIR, Probate Judge, et al., | ) |
| | ) |
| Defendants. | ) |

## FINAL JUDGMENT

Pursuant to the order entered in this case on this day,

Final Judgment is entered in favor of all Defendants and against the Plaintiff for lack of subject matter jurisdiction.

DONE this 6th day of November, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE