# IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT, EASTERN DIVISION AT: MONTGOMERY, ALABAMA

GENE COGGINS
    Plaintiff

V:                                                           Civil Action Case No. 3: 06 CV 687-WHA

| MRS GLORIA SINCLAIR | TALLAPOOSA COUNTY |
| PROBATE JUDGE | 125 N. BROADNAX ST. |
| 125 N. BROADNAX ST. RM 126 | DADEVILLE, AL 36853 |
| Defendant | Defendant |

## MOTION TO PROCEED IN FORMA PAUPERIS

    I, GENE COGGINS AM THE PETITIONER IN THE ABOVE ENTITLED CASE. IN SUPPORT OF MY MOTION TO PROCEED WITHOUT BEING REQUIRED TO PRE-PAY FEES, COST, OR GIVE SECURITY THEREFOR, I STATE THAT BECAUSE OF MY POVERTY (AS SHOWN IN MY LAST REPORT FROM SOCIAL SECURITY), I AM UNABLE TO PAY THE COST OF THIS CASEE OR TO GIVE SECURITY THEREFOR; AND I BELIEVE I AM ENTITLED TO REDRESS.

    I FURTHER SWEAR THAT THE RESPONSES I HAVE MADE ARE TRUE TO THE BEST OF MY KNOWLIDGE, AND THEREFORE I REQUEST THAT THIS MOTION TO PROCEED IN FORMA PAUPERIS BE GRANTED.

_Gene Coggins_
Gene Coggins  Pro/ st

## AFFIDAVIT OR DECLARATION
## IN SUPPORT OF MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

I, GENE COGGINS, am the petitioner in the above-entitled case. In support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of this case or to give security therefor; and I believe I am entitled to redress.

I further swear that the responses I have made to the questions and instructions below relating to my ability to pay the cost of proceeding in this Court are true.

1. Are you presently employed?   Yes ____   No ✓
   a. If the answer is yes, state the amount of your salary or wages per month and give the name and address of your employer.

   b. If the answer is no, state the date of your last employment and the amount of salary or wages per month which you received.
   MR. CHARLES REYNOLDS, ATT. $800. co mo  SEP. 2000

2. Have you received within the past twelve months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, or other sources?   Yes ____   No ✓

   a. If the answer is yes, describe each source of income and state the amount received from each during the past twelve months.

3. Do you own any cash or have a checking or savings account?   Yes ____   No ✓

   a. If the answer is yes, state the total value of the items owned.

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)   Yes ____   No ✓

   a. If the answer is yes, describe the property and state its approximate value.

5. List the persons who are dependent upon you for support and state your relationship to those persons. ALLIVEE COGGINS - WIFE

I declare under penalty of perjury that the foregoing is true and correct.
Executed on: 12-08, 2006

                                              Gene Coggins
                                              (Signature)

# Social Security Administration
# Medicare Prescription Drug Assistance
Notice of Award

Southeastern Program Service Center
2001 Twelfth Avenue, North
Birmingham, Alabama 35285-0001
Date: September 2, 2006
Social Security Number: 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

EUGENE COGGINS
1436 CO RD 299
LANETT AL 36863-5740

You are eligible for extra help with Medicare prescription drug plan costs. To take advantage of this benefit, you must enroll in a Medicare approved prescription drug plan or Medicare Advantage plan with prescription drug coverage, if you are not already enrolled in one. If you do not choose a Medicare prescription drug plan, Medicare will choose one for you to be sure you get this benefit. You will receive more information from Medicare.

The rest of this letter explains the extra help with the prescription drug plan costs, the information used to determine your eligibility, how to sign up for a Medicare prescription drug plan, what to do if your situation changes, and your appeal rights.

## Information About This Help With Your Prescription Drug Plan Costs

You are eligible for full help to pay your Medicare prescription drug premium, also known as subsidy, because your income is below the limits established by the law.

Because your resources are less than or equal to $9,000, you are also eligible for lower prescription drug co-payments and annual deductibles.

You are eligible for:

- 100% subsidy to help pay your Medicare Part D premium
- No prescription drug deductible
- Reduced prescription drug co-payment amounts.

## Information Used To Determine Your Eligibility

When you are married and live with your spouse, we count the income and resources for both of you when we determine your eligibility for this extra help.

You and your spouse have the following resources:

- Bank Accounts