IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 06-16194-B

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEB 1 3 2007
THOMAS K. KAHN
CLERK

GENE COGGINS,

Plaintiff-Appellant,

versus

GLORIA SINCLAIR, Probate Judge,
BLAKE LOWE, et al.,

Defendants-Appellees.

Appeal from the United States District Court for the
Middle District of Alabama

ORDER:

Appellant's motion for leave to proceed on appeal in forma pauperis is DENIED because the appeal is frivolous. See Pace v. Evans, 709 F.2d 1428 (11th Cir. 1983).

/s/ Susan H. Black
UNITED STATES CIRCUIT JUDGE