IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 06-16194-B

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAR 2 1 2007
THOMAS K. KAHN
CLERK

GENE COGGINS,

          Plaintiff-Appellant,

versus

GLORIA SINCLAIR, Probate Judge,
BLAKE LOWE, et al.,

          Defendants-Appellees.

Appeal from the United States District Court for the
Middle District of Alabama

Before BLACK and MARCUS, Circuit Judges.

BY THE COURT:

    Appellant has filed a "Motion to Amend," which we construe as a motion for reconsideration of this Court's order dated February 13, 2007, denying appellant's motion for leave to proceed on appeal in forma pauperis. Upon reconsideration, appellant's motion for leave to proceed on appeal in forma pauperis is DENIED because the appeal is frivolous. See Pace v. Evans, 709 F.2d 1428 (11th Cir. 1983); 28 U.S.C. §§ 1331, 1332.