IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 06-16194-B

```
FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

APR - 9 2007

THOMAS K. KAHN
    CLERK
```

GENE COGGINS,

                        Plaintiff-Appellant,

versus

GLORIA SINCLAIR, Probate Judge,
BLAKE LOWE,
et al.,

                        Defendants-Appellees.

Appeal from the United States District Court for the

Middle District Of Alabama

ENTRY OF DISMISSAL

Pursuant to the 11th Cir.R.42-1(b), this appeal is hereby dismissed for want of prosecution because the appellant has failed to pay the $450 docketing and $5 filing fees ($455) to the district court clerk within the time fixed by the rules, effective this 9th day of April, 2007.

                        THOMAS K. KAHN
                        Clerk of the United States Court
                        of Appeals for the Eleventh Circuit

                        By: Carolyn Magers
                            Deputy Clerk

                        FOR THE COURT - BY DIRECTION

ORD-40